UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON JERMARR JOHNSON, | ) | CASE NO. ED CV 12-1310-GW (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| P.D. BRAZELTON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 15, 2013.

*[signature: George H. Wu]*

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\ED12CV01310GW-J.wpd